IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MYRNA HUBBARD,

      Plaintiff,                     No. CIV S-07-2586 LKK KJM PS

  vs.

OPRAH WINFREY,

      Defendant.                FINDINGS AND RECOMMENDATIONS

_____/

        Plaintiff is proceeding in this action pro se and in forma pauperis. Plaintiff has filed a third amended complaint.

        As previously noted, the federal in forma pauperis statute authorizes federal courts to dismiss a case if the action is legally "frivolous or malicious," fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2).

        A claim is legally frivolous when it lacks an arguable basis either in law or in fact. Neitzke v. Williams, 490 U.S. 319, 325 (1989); Franklin v. Murphy, 745 F.2d 1221, 1227-28 (9th Cir. 1984). The court may, therefore, dismiss a claim as frivolous where it is based on an indisputably meritless legal theory or where the factual contentions are clearly baseless. Neitzke, 490 U.S. at 327.

1    A complaint, or portion thereof, should only be dismissed for failure to state a
2 claim upon which relief may be granted if it appears beyond doubt that plaintiff can prove no set
3 of facts in support of the claim or claims that would entitle him to relief.  Hishon v. King &
4 Spalding, 467 U.S. 69, 73 (1984) (citing Conley v. Gibson, 355 U.S. 41, 45-46 (1957)); Palmer
5 v. Roosevelt Lake Log Owners Ass'n, 651 F.2d 1289, 1294 (9th Cir. 1981).  In reviewing a
6 complaint under this standard, the court must accept as true the allegations of the complaint in
7 question, Hospital Bldg. Co. v. Rex Hosp. Trustees, 425 U.S. 738, 740 (1976), construe the
8 pleading in the light most favorable to the plaintiff, and resolve all doubts in the plaintiff's favor,
9 Jenkins v. McKeithen, 395 U.S. 411, 421 (1969).

10    The third amended complaint suffers from the deficiencies noted in the prior
11 complaints.   Although the Federal Rules adopt a flexible pleading policy, a complaint must give
12 fair notice and state the elements of the claim plainly and succinctly.  Jones v. Community
13 Redev. Agency, 733 F.2d 646, 649 (9th Cir. 1984).  There is still no basis of jurisdiction evident
14 in the complaint.  Throughout the various amendments of the complaint, plaintiff's claims
15 against defendant Oprah Winfrey have remained incomprehensible.  Despite being given
16 repeated opportunities to cure the deficiencies in her complaints, plaintiff has failed to do so.
17 Moreover, it appears that further amendment would be futile.

18    Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed.

19    These findings and recommendations are submitted to the United States District
20 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty
21 days after being served with these findings and recommendations, plaintiff may file written
22 objections with the court.  The document should be captioned "Objections to Magistrate Judge's
23 /////
24 /////
25 /////
26 /////

1  Findings and Recommendations." Plaintiff is advised that failure to file objections within the
2  specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951
3  F.2d 1153 (9th Cir. 1991).
4  DATED: October 22, 2008.

_____
U.S. MAGISTRATE JUDGE

006
hubbard4.57

3